Phyllis W. LOSS, Plaintiff-Appellant,

v.

The MUTUAL LIFE INSURANCE COM-
PANY OF NEW YORK, Defendant-
Appellee.

No. 396, Docket 28444.

United States Court of Appeals
Second Circuit.

Argued April 7, 1964.

Decided July 14, 1964.

Leon Wasserman, New York City
(Kleiger & Kleiger, New York City, of
counsel), for plaintiff-appellant.

Richard I. Fricke, New York City
(Carl F. Hollander, Trial Counsel; Mi-
chael L. B. Kaplan, New York City,
of counsel), for defendant-appellee.

Before LUMBARD, Chief Judge,
and MOORE and SMITH, Circuit
Judges.

PER CURIAM:

In this diversity action, appellant-
beneficiary seeks to recover the face
amount, less an outstanding loan, of
a life insurance policy which appellee-
insurer claims had lapsed prior to the
death of the insured. To avoid this
consequence, the result of the insured's
admitted failure to pay premiums, ap-
pellant advances numerous theories,
namely, that appellee incorrectly advised
the insured that a cash payment was
required to satisfy a premium payment;
that appellee failed to give the required
notice that outstanding loans and interest
would equal or exceed the policy's loan
value; that appellee failed to properly
notify the insured of the payments neces-
sary to avoid the lapse; and that ap-
pellee should have applied equity in other
policies owned by the insured to the
payment of the premium in question.

The thorough opinion of the district
court, 230 F.Supp. 329 (S.D.N.Y.1963)
analyzes the facts in considerable detail
and applies the proper legal principles
in rejecting each of appellant's theories.
We affirm the judgment dismissing the
complaint on the basis of that opinion.

Judgment affirmed.